APPENDIX

Quick Service Guide 201b (May 11, 2009) (placement of tabs and wafer seals)..................1


Line Drawings From Plaintiff's Motion for Summary Judgment [Dkt. 47] at 10-12..............2
    Figure 3—Sears Days Mailer
    Figure 4—Baby Event Mailer
    Figure 5—Buick Holiday Event Mailer

## Placement of Tabs and Wafer Seals (        )



← may be more than 1" →
← 1" max. →

may be more than 1" but must not interfere with FIM or postage
← 1" max. →

Postage

## Specifications for Automation-Compatible Letter-Size Mailpieces

**Double Postcard**
| | |
|---|---|
| Tabs | 1 (middle) |
| Folded Edge | Top or Bottom |
| Sheets | Single |
| Basis Weight | 75 lb. |

**Folded Self-Mailer**
| | |
|---|---|
| Tabs | 2 (start ≤ 1 inch from edges) |
| Folded Edge | Top or Bottom |
| Sheets | Single |
| Basis Weight | 20 lb. |

**Folded Self-Mailer**
| | |
|---|---|
| Tabs | 1 (middle) |
| Folded Edge | Bottom |
| Sheets | Multiple |
| Basis Weight | 24 lb. |

**Folded Self-Mailer**
| | |
|---|---|
| Tabs | 1 (middle) |
| Folded Edge | Bottom |
| Sheets | Single |
| Basis Weight | 28 lb. |

**Folded Self-Mailer**
| | |
|---|---|
| Tabs | 3 (left and open edges) |
| Folded Edge | Right |
| Sheets | Single |
| Basis Weight | 75 lb. |

Fold on leading edge

An 8-1/2 x 11 inch sheet of 20, 24, or 28 pound paper folded once to 8-1/2 x 5-1/2 inches does not meet the minimum thickness of 0.009 inch for an automation-compatible letter.

**Folded Self-Mailer**
(Invitation Fold)
| | |
|---|---|
| Tab | Address Label |
| Folds | Top and Bottom |
| Sheets | Multiple |
| Basis Weight | 20 lb. |

**Folded Self-Mailer**
(Continuous Glue Strip)
| | |
|---|---|
| Open Edge | Top |
| Folded Edge | Bottom |
| Sheets | Single |
| Basis Weight | 20 lb. |

**Booklet**
| | |
|---|---|
| Tabs | 2 (start ≤ 1 inch from edges) |
| Spine | Bottom |
| Sheets | Multiple w/ Cover |
| Basis Weight | 20 lb. (Cover) |

**Folded Booklet**
| | |
|---|---|
| Tabs | 2 (start ≤ 1 inch from edges) |
| Spine | Left |
| Folded Edge | Bottom |
| Sheets | Multiple w/ Cover |
| Basis Weight | 20 lb. (Cover) |

Spine

**Folded Booklet**
| | |
|---|---|
| Tabs | 2 (start ≤ 1 inch from top edge) |
| Spine | Bottom |
| Folded Edge | Bottom |
| Sheets | Multiple w/ Cover |
| Basis Weight | 20 lb. (Cover) |

Spine

**Booklet**
| | |
|---|---|
| Tabs | 2 (start ≤ 1 inch from top and bottom edges) |
| Spine | Right (open edge left) |
| Folded Edge | Right |
| Sheets | Multiple w/ Cover |
| Basis Weight | 20 lb. (Cover) |

# FIGURE 3



# FIGURE 4



# FIGURE 5

